John N. Tasolides, Esq.
6800 Jericho Turnpike, Suite 104W
Syosset, New York 11753
(516) 682-8220

Attorney for Defendant K-RAY JET REALTY LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SEMYON GRINBLAT,** individually and on behalf of all others similarly situated, | CASE NO.: 19-cv-2845-RJD-ST |
| Plaintiff, | |
| -against- | **DEFENDANT K-JAY REALTY LLC ANSWER TO CROSS-CLAIM** |
| **JIYA DELI & GROCERY INC., K-RAY JET REALTY LLC, JOHN DOE 1-X**, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | |
| Defendants. | |

Defendant K-Jay Realty LLC ("Defendant" or "K-Jay"), by and through its counsel, John N. Tasolides, as and for their answer to the cross-claims asserted by JIYA DELI & GROCERY INC ("JIYA") in its Answer (the "Answer"), respectfully alleges and states:

**WITH RESPECT TO THE FIRST CROSS-CLAIM**

1. Any and all allegations or averments made against defendant K-JAY, not specifically addressed herein are denied.

2. Denies the allegations contained in Paragraph "214" of the Answer.

3. Denies the allegations contained in Paragraph "215" of the Answer.

**WITH RESPECT TO THE SECOND CROSS-CLAIM**

4. Denies the allegations contained in Paragraph "216" of the Answer.

5. Denies the allegations contained in Paragraph "217" of the Answer.

1

## **PRAYER FOR RELIEF**

6. Deny Defendant JIYA is entitled to the relief requested in the "WHEREFORE" clause

**WHEREFORE**, the Defendant K-RAY JET REALTY, LLC respectfully requests that the Court enter judgment in its favor:

    A. Dismissing the cross-claims of co-Defendant JIYA;

    B. Awarding K-RAY JET REALTY, LLC their costs and disbursement, including reasonable attorneys' fees; and

    C. Granting Defendant such other and further relief as the Court may deem just and proper.

Dated: Syosset, New York
       August 7, 2019

/s/ John N. Tasolides
**JOHN N. TASOLIDES, ESQ**.
Attorney for Defendant K-RAY JET REALTY LLC
6800 Jericho Turnpike, Suite 104W
Syosset, New York 11753
(516) 682-8220
jnt@tasolaw.com

\\tasoserv\sys\shared documents\Civil\K-Ray Jet Realty\Jiya Deli\Pleadings\K-Ray_Answer_to Cross Claim.docx

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2019, I electronically filed the foregoing Answer with Affirmative Defenses with the Clerk of the District Court using the CM/ECF system, which sent notification to all parties registered to receive notice via that service, including:

**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*


**Ira Levine, Esq.**
543 Broadway
Massapequa, NY 11758
Tel: (516) 541-1072
Fax: (
Email: ilevinelaw@optonline.net
Attorney for Defendant Jiya Deli & Grocery, Inc.


                                              /s/ John N. Tasolides
                                        **JOHN N. TASOLIDES, ESQ**.
                                        Attorney for Defendant K-RAY JET REALTY LLC
                                        6800 Jericho Turnpike, Suite 104W
                                        Syosset, New York 11753
                                        (516) 682-8220
                                        jnt@tasolaw.com