# IRA LEVINE, ESQ.
*Attorney at Law*

---

543 Broadway
Massapequa, New York 11758-5009
(516) 541-1072
ilevinelaw@optonline.net

September 9, 2019

Hon. Steven Tiscione
United States Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Grinblat v. Jiya Deli & Grocery Inc., et al.
            Case No.: 19 CV 02845 (RJD)(ST)

Dear Magistrate Judge Tiscione:

    I represent the defendant, Jiya Deli & Grocery Inc. ("Jiya"). I write with the consent of the parties in this case, and the related case entitled *Grinblat v. Om Shree Hanuman LLC*, et al (Case No. 19-CV 02782 (LDH)(ST)).

    I am pleased to inform Your Honor that the parties have agreed in principle to settle both cases. Plaintiff's counsel is drafting the settlement agreements to settle both cases, which we expect to receive within the next few days.

    In view of the pending settlement, the parties in this case respectfully request that the conference scheduled for tomorrow, September 10, 2019, be adjourned to October 15, 2019 at 10 am, which is the same date and time that *Grinblat v. Om Shree Hanuman LLC* case is scheduled for a conference, or such earlier date that the Court might fix.

    A copy of this letter is being sent to all the attorneys in this case and also to Jason Mizrahi, Esq., who represents the first named defendant in *Grinblat v. Om Shree Hanuman LLC*, et al.

    Accordingly, I respectfully request that this application be granted.

                                         Respectfully submitted,

                                         IRA LEVINE

cc      All attorneys by ECF
          Jason Mizrahi, Esq. (by email)