

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2019 ★
BROOKLYN OFFICE

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| JIYA DELI & GROCERY INC., K-RAY JET REALTY LLC, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | **CASE NO.: 19-cv-2845-RJD-ST** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, JIYA DELI & GROCERY INC. and K-RAY JET REALTY LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court shall retain jurisdiction over any violations of the settlement agreement and the causes of action brought in the Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

Signed: October 24, 2019

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: October 24, 2019

*Ira Levine, Esq.*
Ira Levine, Esq.

Attorney for the Defendant
JIYA DELI & GROCERY INC.
543 Broadway
Massapequa, NY 11758
Tel: (516) 541-1072
Email: ilevinelaw@optonline.net

Signed: October 24, 2019

*John N. Tasolides*
John N. Tasolides, Esq.

Attorney for the Defendant
K-RAY JET REALTY LLC
6800 Jericho Turnpike, Suite 104W
Syosset, NY 11753
Tel: (516) 682-8220
Email: jnt@tasolaw.com

SO ORDERED

s/ Raymond J. Dearie
Raymond J. Dearie
U.S. District Court Judge

10/29/2019

2